FILED BY _TM_ D.C.

MAR 13 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-80030-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
        Plaintiff,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Aaron Singerman
        Defendant.
_____/

COMES NOW __GUY FRONSTIN__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): __GUY FRONSTIN__

Counsel's Signature: _____

Address (include City/State/Zip Code):
__1075 Broken Sound Pkwy. NW Suite 102__
__Boca Raton, FL 33487__

Telephone: __561-447-4011__    Florida Bar Number: __962473__

Date: __3/13/19__