UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-80030-CR-DIMITROULEAS/MATTHEWMAN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         Plaintiff, )<br>v. )<br>         )<br>         Defendant. )<br>AARON SINGERMAN_____/ ) | **ASSIGNMENT OF BAIL BOND** |

    I, ERIC S. HART, President and Authorized Signatory of **REDCON1**, Cash Bond Depositor in the above numbered and styled cause, do hereby assign, transfer and authorize REDCON1's case bond refund in the amount of **$20,000.00** plus accrued interest to be made payable to **DARIELLE SINGERMAN** whose mailing address is **4100 Sanctuary LN, Boca Raton, Florida 33431** upon final disposition of the above numbered and style cause.

The undersigned on behalf of the Cash Bond Depositor understands that once this document is signed, all rights, claims, and interest of ownership are immediately transferred to the above assignee.

(The above assignee must complete an Internal Revenue Service Form W-9 or if the assignee is a nonresident alien individual, the assignee must complete a Form W-8, either of which may be obtained from the Clerk's Office Financial Section or Internet. The completed W-8 or W-9 form should be provided to the Financial Section, but not filed in the Court file. Upon final disposition of the above numbered and style cause, a Motion for Disbursement of Bond, along with a signed copy of this form must be filed with the Court. A check will be mailed to the address indicated on the completed form, unless directed in writing otherwise.)

**Cash Bond Depositor**
**REDCON1**

_____
ERIC S. HART, President and Authorized Signatory
On Behalf of Cash Bond Depositor, REDCON1

The foregoing instrument was acknowledged before me this __9__ day of __August__, __2022__, by __Eric Hart_____, as President and Authorized Signatory of REDCON1, who personally appeared before me and who is personally known to me.

_____
NOTARY PUBLIC, STATE OF FLORIDA

Print Name: __Stephanie Kaufman__

My Commission Expires: __8/7/24__

Notary Public State of Florida
Stephanie Kaufman
My Commission HH 026916
Expires 08/07/2024