UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, CASE NO. 19-80030-CR-DIMITROULEAS

Plaintiff,

vs.

AARON SINGERMAN,

Defendant.
_____________________________________/

**<u>O R D E R</u>**

THIS MATTER having come before the Court on Defendant's July 3, 2024 Motion For Early Termination of Supervised Release [DE-795]. The Court has considered the factors in 18 U.S.C. § 3553(a). The Court declines to exercise discretion to grant relief. The Motion ]DE-795] is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of July, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Donn Grice, USPO