**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-80030-2-CR-Dimitrouleas**

**UNITED STATES OF AMERICA**

**vs.**

**AARON SINGERMAN,**

**Defendant.**
_______________________________________/

**GOVERNMENT RESPONSE**
**TO DEFENDANT AARON SINGERMAN'S AMENDED SECOND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**
**[REDACTED]**

The United States, by and through undersigned counsel, respectfully files its response to Defendant Aaron Singerman's Amended Second Motion for Early Termination of Supervised Release (ECF No. 830, hereafter, "Motion.").

Undersigned government counsel has spoken with United States Probation Officer Donn Grice, who is overseeing Defendant's supervised release. Mr. Grice indicates that given Defendant was an organizer and leader of the criminal activity [REDACTED] the probation office remains opposed to Defendant's request for early termination of his supervised release. Accordingly, and for the same reasons, the government likewise opposes the Motion.

Dated: July 31, 2025

Respectfully submitted,

HAYDEN O'BYRNE
UNITED STATES ATTORNEY

LISA K. HSIAO
ACTING DIRECTOR
U.S. DEPARTMENT OF JUSTICE
CONSUMER PROTECTION BRANCH

*/s/ Stephen J. Gripkey*

STEPHEN J. GRIPKEY
Court ID A5502620
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, D.C. 20044-0386
Stephen.Gripkey@usdoj.gov
(202) 307-0048