UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, CASE NO. 19-80030-CR-DIMITROULEAS

Plaintiff,

vs.

AARON SINGERMAN,

Defendant.
_______________________________________/

**ORDER**

THIS CAUSE is before the Court on Defendant Singerman's Amended Second Motion for Early Termination of Supervised Release [DE-829, 830], and the Court having considered the motion and having received a response from the Government, and having considered the factors in 18 USC § 3553(a) and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court agrees with the government's response and DENIES the motion.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of July, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record